# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
July 10, 2020

Lyle W. Cayce
Clerk

No. 19-10450
Summary Calendar

WILLIAM DOUGLAS HAMPTON,

Petitioner-Appellant

v.

WARDEN FCI ELKTON,

Respondent-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-1499

Before OWEN, Chief Judge, and HAYNES and COSTA, Circuit Judges.

PER CURIAM:[*]

William Douglas Hampton, federal prisoner # 26034-044, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition and denial of his motion for injunctive relief.

However, he does not brief any argument contesting the district court's determination that it lacked jurisdiction to consider the § 2241 petition because the claims he presented could only be brought in a 28 U.S.C. § 2255

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion filed in the sentencing court, which was in the Eastern District of Missouri. Hampton also does not brief any argument challenging the district court's determination that he was not entitled to injunctive relief because he failed to meet the procedural and substantive requirements for such relief. Instead, his arguments concern only the propriety of his convictions and sentences.

By failing to brief arguments disputing the district court's reasons for dismissing his § 2241 petition and denying injunctive relief, Hampton has waived any such arguments and has failed to show that the district court erred. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).

AFFIRMED.